IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSCHELL FINCH                                                                 PETITIONER

v.                                    NO.  5:05CV00256 SWW/JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                          RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus is dismissed with prejudice pursuant to 28 U.S.C. § 2244(d)(1).

IT IS SO ORDERED THIS 16TH DAY OF NOVEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE