IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERSCHELL FINCH                                                        PETITIONER

v.                      NO.  5:05CV00256 SWW/JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                       RESPONDENT

## **JUDGMENT**

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice pursuant to 28 U.S.C. § 2244(d)(1).

IT IS SO ADJUDGED 16TH DAY OF NOVEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE